UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SATICOY BAY LLC SERIES 6213 CAPEHART FALLS, a Nevada series limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VYLLA SOLUTIONS, LLC, a Delaware limited liability company; MOVEMENT MORTGAGE, LLC, a Delaware limited liability company; DOES I-X and ROES I-X,<br><br>Defendants. | Case No. 2:25-cv-02275-JCM-EJY<br><br>**ORDER** |

Before the court is defendant Movement Mortgage, LLC's status report and request for status check. (ECF No. 9). Defendant avers plaintiff's counsel has not responded to meet and confer efforts to finalize settlement in this matter.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff must contact defendant no later than the close of business on November 9, 2026 to arrange a date and time to meet and confer to discuss finalizing the settlement in this matter. The initial meet and confer must take place in person or by video conference no later than November 13, 2026 and continue through November 25, 2026 toward a goal or resolving issues, if any, relating to case resolution.

IT IS FURTHER ORDERED that plaintiff's failure to participate in the meet and confer process will result in an order to show cause and potential sanctions.

IT IS FURTHER ORDERED that the parties must file a status report no later than December 2, 2026 regarding the outcome of meet and confer efforts and how such efforts have narrowed or resolved finalizing the settlement.

Dated this 3rd day of November, 2026.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE